# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Mark A. Skellham and Belinda L. Skellham, | ) ) ) |
| Plaintiffs, | ) ) **ORDER** ) |
| vs. | ) ) Case No. 1-17-cv-91 |
| United States of America, Triple R and Sons, LLC, a Montana limited liability company, and Joe Greaves, | ) ) ) ) |
| Defendants. | ) ) |

Before the court is the parties' Joint Motion to Vacate Scheduling Order. (Doc. No. 26). In the motion, the parties indicate they have fallen behind in the discovery process and are unable to meet the dates set forth in the court's previous scheduling order. (Doc. No. 21). The parties accordingly ask the court to vacate its prior scheduling order. After consideration, the court **GRANTS** the Joint Motion to Vacate Scheduling Order. (Doc. No. 26). All prior deadlines set forth in the scheduling order are hereby suspended indefinitely. The parties may submitt a revised stipulated discovery plan for the court's review. If the parties have not do so prior to August 1, 2018, they are directed to contact chambers to arrange a time for a status conference.

**IT IS SO ORDERED.**

Dated this 16th day of May, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court