# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Mark A. Skellham and Belinda Skellham, | ) ) ) |
| Plaintiffs, | ) ) **ORDER** ) |
| vs. | ) ) ) |
| United States of America, Triple R and Sons LLC, a Montana limited liability company, and Joe Greaves, | ) ) Case No. 1:17-cv-091 ) ) ) |
| Defendants. | ) ) |

On November 9, 2018, the parties filed a "Motion to Vacate, Set Status Conference, and Enter Revised Scheduling Plan." Attached to the motion a revised join scheduling and discovery plan executed by the parties.

The court **GRANTS** the parties' motion to vacate the existing pretrial deadlines and enter a revised scheduling plan (Doc. No. 28). The court further **ADOPTS** the parties' revised joint scheduling and discovery plan (Doc. No. 28-1) and resets the pretrial deadlines as follows:

1. The parties shall have until June 17, 2019, to complete fact discovery and to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. Plaintiffs by April 1, 2019; and

    b. Defendants by June 3, 2019.

    (Reports to be served on other parties, but not filed with the court.)

3. The parties shall have until August 15, 2019, to complete expert discovery.

1

4. The parties shall have until September 1, 2019, to file other dispositive motions (summary judgment as to all or part of the case).

The parties' request for a hearing (Doc. No. 29) is deemed **MOOT**. The final pretrial conference set for January 29, 2019, shall be rescheduled for February 19, 2020, at 2:00 p.m. by telephone before the magistrate judge. The court shall initiate the conference call The trial scheduled for February 12, 2019, shall be rescheduled for March 3, 2020, at 9:00 a.m. in Bismarck before Chief Judge Hovland. A four day trial is anticipated. The trial of this case will be non-jury Federal Tort Act claims and a jury trial for all other issues so triable.

In the revised scheduling and discovery plan, the parties indicated that they would be amenable to a court-hosted settlement conference at some point in th future. Accordingly, they should contact the magistrate judge when they are ready to schedule a settlement conference.

**IT IS SO ORDERED.**

Dated this 1 3th day of December, 2018.

/s/ *Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court