# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Mark A. Skellham and Belinda L. Skellham, ) ) ) Plaintiffs, ) ) vs. ) ) United States of America, Triple R and Sons, LLC, a Montana limited liability company, and Joe Greaves, ) ) ) ) ) Defendants. ) | **ORDER** Case No. 1:17-cv-091 |

Before the court is the United States' "Motion to Stay in Light of Lapse of Appropriations." It requests that the court stay this action until appropriations are restored to the applicable Government agencies.

The court **GRANTS** the United States' motion (Doc. No. 32). The above-entitled action is stayed until appropriations are restored and Department of Justice attorneys are permitted to resume their usual civil litigation functions.

**IT IS SO ORDERED.**

Dated this 11th day of January, 2019.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court
