# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Mark A. Skellham and Belinda Skellham, | ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) ) | |
| United States of America, Triple R and Sons, LLC, a Montana limited liability company, | ) ) ) ) ) | Case No. 1:17-cv-091 |
| Defendants. | ) ) | |

On motion by the United States, the court issued an order on January 11, 2019, staying the above-entitled action until appropriations were restored to the applicable federal government agencies and Department of Justice attorneys were permitted to resume their usual civil litigation functions.

On January 29, 2019, the United States filed Motion to Extend Deadlines in Light of Lapse of Appropriations and Notice of Appropriations. Therein it requested it requested the court extend the pretrial deadlines by 35 days.

The court lifts the stay, **GRANTS** the United States' motion (Doc. No. 34), and resets the pretrial deadlines as follows.

1. The patties shall have until July 22, 2019, to complete fact discovery and to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. Plaintiffs by May 6, 2019; and

1

        b.        Defendants by July 8, 2019.

(Reports to be served on other parties, but not filed with the court.)

3.        The patties shall have until September 19, 2019, to complete expert discovery.

4.        The parties shall have until October 7, 2019, to file other dispositive motions (summary judgment as to all or part of the case).

**IT IS SO ORDERED.**

Dated this 31st day of January, 2019.

                                          */s/ Charles S. Miller, Jr.*
                                          Charles S. Miller, Jr., Magistrate Judge
                                          United States District Court